

NORTHEAST REGIONAL OFFICE
48 WALL STREET, 15TH FLOOR
NEW YORK, NY 10005-2903
T: 212.845.7376
F: 212.918.1556

June 10, 2026

*Via ACMS*

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: *Raritan Baykeeper, Inc. v. New York State Department of Environmental Conservation*, No. 25-2938—Request for Electronic Devices at Oral Argument

Dear Ms. Wolfe:

Counsel for Petitioners respectfully request permission to bring the following electronic device to the oral argument in this matter on June 18, 2026 for the purpose of referring to case materials as needed during the argument:

Susan J. Kraham – one tablet

Thank you for considering this request.

Respectfully submitted,

*/s/ Susan J. Kraham*
Susan J. Kraham
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
212-284-8035

*Counsel for Petitioners Raritan Baykeeper, Inc., Food & Water Watch, Protectors of Pine Oak Woods, Inc., Sierra Club, and Surfrider Foundation*

1