# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of June, two thousand twenty-six,

| | |
|---|---|
| Raritan Baykeeper, Inc., Food & Water Watch, Protectors of Pine Oak Woods, Inc., Sierra Club, Surfrider Foundation, Natural Resources Defense Council, Inc., | **ORDER** <br> Docket No. 25-2938 |

        Petitioners,

   v.

New York State Department of Environmental Conservation, Amanda Lefton, Commissioner, New York State Department of Environmental Conservation, Transcontinental Gas Pipe Line Company, LLC,

        Respondents.

Susan J. Kraham, counsel for petitioners, has requested permission to use a tablet in the courtroom for the purpose of referring to material during oral argument of the above-referenced case.

Counsel is hereby authorized to use a tablet in the lawyer anteroom and courtroom for the limited purposes of referring to material during oral argument and for note taking directly related to oral argument in the above-referenced matter.

The use of a cellular phone or smart wearable technology including watches, rings, or headsets is **barred.**

Counsel certifies that (1) she will not use the device to make or record images or sounds or to send or receive wireless transmissions; and (2) the device lacks wireless data transmission capability, or alternatively that all access to wireless communication, including Bluetooth and Wi-Fi protocols, has been disabled.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

